**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: KIMBEL CARTER
SPN: 02542512    Cell: 612
Street: 701 N. SAN JACINTO
HOUSTON, TEXAS 77002

**aramark**

**INDIGENT**

United States Courts
Southern District of Texas
FILED

APR 13 2020

David J. Bradley, Clerk of Court



U.S. POSTAGE
ZIP 77002
02 4W
0000368784

Clerk of the U.S.
district court P.O.
Houston, Texas 77

7720881010 B001